# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

132580 & (17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 132580
                                       COA: 273185

JOMARC EDWARDS,
          Defendant-Appellant.
                                       Wayne CC: 05-008538-01

_____/

      By order of April 4, 2007, the prosecuting attorney was directed to answer the application for leave to appeal the October 23, 2006 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____
                              Clerk

p0613